Virgil Mitchell
V's
State of Texas

① of 3

21-cv-376-CG-B

## Complaint to Sue

I Hereby file this complaint on behalf of the African American Culture, and the remarks Lt. Gov. Dan Patrick exposed to the media about Black people being unVaccinated, being the reason it's the spread of the Virus. When Gov Dan Patrick speaks <u>Black people</u> is totally a Violation of 73.001 Texas Criminal Code of Defamation of Charcter, and also 28 U.S. Code Section 4101. I totally disagree, for one thing I am a brown man I am no black mutt Man nothing, and Cov 19 did not start with me or neither am I the cause of it Spreading either I have been Vaccinated and takes this very serious.

For Gov. Dan Patrick to have said what he said constitutes violating 18 U.S. Code Section 249 - Hate Crimes Act, as well as 18 U.S.C. 249 The National Hate Crimes Act. For the sake of My Culture and Everyone in it I consider sueing The State of Texas in the amount of 80,000,000 million dollars for Slander and messing up the reputation Of African Americans. To disgrace African Americans and hold My Culture responsible for situation's that it's not, impacts the entire country of my Culture. I have been threw enough dealing with misleading information and the Criminal Act of 18 U.S.C. 249, also or National Section 73.001 Texas Defamation Law as well as 28 U.S. Code Section 410.1 Alabama's Defamation Code of Law. Lt. Dan's Patrick remarks are insulting a disgrace to America and bring great danger to this country. I repeat I am not in Black mutt, mann, people nothing. I also ask for Ethics Violation's investigation to Criminal Charge's for Lt. Gov. Dan Patrick.

Because Mr. Dan Patrick used Words like (Black) which constitues they Elements in the horrible Crimes of Geniocide, I ask the Court's to Consider Mr. Dan Patrick's actions pure Element's to the defamation case.

Virgil Mitchell

Sworn to and subscribed before me appeared Virgil Mitchell on this 23rd day of August 2021.

Mel Mott
Notary Public



MY COMMISSION EXPIRES MAY 20, 2024

Virgil Mitchell
407 Young St.
Fairhope AL. 36532

155 St. Joseph St.
Mobile AL. 36602
Federal Clerk