# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VIRGIL MITCHELL, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 21-376-CG-B |
| STATE OF TEXAS, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made,[1] the Report and Recommendation of the Magistrate Judge (Doc. 13) made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 73, and dated April 3, 2023, is **ADOPTED** as the opinion of the Court.

**DONE** and **ORDERED** this the 25th day of April, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's request for more time to appeal to the 11th Circuit Court of Appeals contained in is pleading entitled Objection is **DENIED** as **MOOT** because the Plaintiff has thirty days from the date the Judgment is entered to file an appeal.