# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VIRGIL MITCHELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-376-CG-B |
| | ) |
| **STATE OF TEXAS,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice** under Fed.R.Civ.P. 12(h)(3) for lack of subject matter jurisdiction, and alternatively under Fed.R.Civ.P. 41(b) and the Court's inherent authority for failure to obey the Court's order.  Plaintiff's motions to amend are **DENIED**.

**DONE** and **ORDERED** this the 25th day of April, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE